IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DUSTY LEITZKE,**

    **Plaintiff,**

    **v.**
                                **Civil Action 2:19-cv-02679**
                                  **Judge Michael H. Watson**
                                  **Chief Magistrate Judge Elizabeth P. Deavers**

**JPMORGAN CHASE BANK, N.A.,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's Motion to Transfer Venue (ECF No. 19) and Plaintiff's Response (ECF No. 24).  Plaintiff does not oppose Defendant's request and agrees to transfer the action to the Middle District of Florida pursuant to 28 U.S.C. § 1404(a).  Accordingly, Defendant's Motion is hereby **GRANTED**.  The Clerk is **DIRECTED TO TRANSFER** this action to the United States District Court for the Middle District of Florida.

Because the case is ordered transferred, the parties' Joint Motion to Stay Rule 26(f) Report and Cancel Preliminary Pre-Trial Conference (ECF No. 25) is **DENIED** as moot.

    **IT IS SO ORDERED.**

**Date: September 4, 2019**                    */s/ Elizabeth A. Preston Deavers*
                                              **ELIZABETH A. PRESTON DEAVERS**
                                              **CHIEF UNITED STATES MAGISTRATE JUDGE**